IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES RAY DEAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-2596

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed August 14, 2014.

An appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

James Ray Dean, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and RAY, JJ., CONCUR.